

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Anthony Wayne Moore<br>DEFENDANT(S). | CASE NUMBER<br>CR 08-857-FMC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Nov 13_ , _____, at _2:30_ ☐ a.m. / ☑ p.m. before the Honorable _Eick_ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _11/10/08_

_____
U.S. District Judge/Magistrate Judge