FILED
CLERK, U.S. DISTRICT COURT

OCT 5 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>*Anthony Wayne Moore*<br>Defendant. | Case No.: *CR 08-857-CJC*<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _nature and circumstances of alleged violations, prior substance abuse, insufficient bail resources_

1    and/ or

2  B. [X]  The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C. §
5  3142(b) or (c). This finding is based on the following:

6  _Same_____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

Dated: 10/5/12

HONORABLE OSWALD PARADA
United States Magistrate Judge

2